## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. JUSTICE, II,<br><br>  Plaintiff,<br><br>  v.<br><br>SOUTH JERSEY INDUSTRIES, INC.,<br>JOSEPH M. RIGBY, MICHAEL J. RENNA,<br>SARAH M. BARPOULIS, VICTOR A.<br>FORTKIEWICZ, SHEILA HARTNETT-<br>DEVLIN, G. EDISON HOLLAND, SUNITA<br>HOLZER, KEVIN O'DOWD,<br>CHRISTOPHER PALADINO, and FRANK<br>L. SIMS,<br><br>  Defendants. | )<br>)<br>)<br>)<br>) Case No. 2:22-cv-01495-ER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  May 13, 2022

**GRABAR LAW OFFICE**

By: _____

Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*